IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00404-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **JESUS BORJAS-ALVAREZ,**
2.    ISAUL VILLALOBOS-RUIZ, and
3.    HEBER RUIZ-CORRAL,

    Defendants.

---

**ORDER TO CONTINUE CHANGE OF PLEA HEARING FOR
DEFENDANT JESUS BORJAS-ALVAREZ**

---

    The Government's Unopposed Motion to Continue Change of Plea Hearing (Dkt. # 151) is GRANTED. The change of plea hearing set for January 23, 2006 at 9:15 a.m. is CONTINUED to **February 23, 2006 at 4:00 p.m.**

    DATED: January 20, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge