IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00404-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **JESUS BORJAS-ALVAREZ**,
2.    ISAUL VILLALOBOS-RUIZ, and
3.    HEBER RUIZ-CORRAL,

    Defendants.
_____

**ORDER**
_____

Government's Motion to Permit Delivery of Advanced Plea Documents to Court Within 24 Hours of Change of Plea **(Dkt. # 177)** is GRANTED.  It is therefore

ORDERED that the Change of Plea documents are due on or before **April 24, 2006.**

DATED April 24, 2006.

                                          BY THE COURT:

                                          *s: Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge