IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 04-CR-00404-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS BORJAS-ALVAREZ,

    Defendant.

## ORDER TO CONTINUE SENTENCING

The government's Unopposed Motion to Continue Sentencing (Dkt. # 195) is GRANTED.  It is hereby

ORDERED that the sentencing scheduled for July 24, 2006 is VACATED. Counsel are directed to contact chambers no later than July 28, 2006 to reschedule the sentencing for approximately six weeks from this date.

DATED:  July 21, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge