IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 04-CR-00404-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS BORJAS-ALVAREZ,

    Defendant.

## ORDER TO RESET SENTENCING

Pursuant to a telephone conference among government and defense counsel and Chambers staff, the Court hereby

ORDERS that the sentencing with regard to Defendant Borjas-Alvarez is RESET to **Tuesday, September 5, 2006, at 10:30 a.m.**

DATED: July 27, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge