IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Case No. 04-cr-00404-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS BORJAS-ALVAREZ,

    Defendant.

---

## ORDER GRANTING GOVERNMENT'S MOTION
## FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

Upon consideration of the Government's Motion for Early Termination of Supervised Release (Dkt. # 209), as it pertains to Defendant Jesus Borjas-Alvarez, the Court finds that there are good grounds to GRANT the motion. It is, therefore,

ORDERED that the supervised release of Defendant Jesus Borjas-Alvarez is hereby TERMINATED.

DATED:  December 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge